UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT NEWMAN,
        Plaintiff,

CASE NO. 08-10388
v.                                          HONORABLE PATRICK J. DUGGAN

J. COATS, RUO LUEBS, and
RUM CHARLES INGRAM,
        Defendants.
_____/

## JUDGMENT

On January 28, 2008, Plaintiff, a *pro se* prisoner, commenced this civil rights action against Defendants pursuant to 42 U.S.C. § 1983. In his complaint, Plaintiff alleges deprivations of his substantive and due process rights under the Fourteenth Amendment and deliberate indifference to his medical needs in violation of the Eighth Amendment. Defendants have filed a motion to dismiss and/or for summary judgment, which this Court granted in an Opinion and Order issued on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: April 30, 2009                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Vincent Newman, #230822
Chippewa Correctional Facility
4269 W M-80
Kincheloe, MI 49784

Julia R. Bell, Esq.
Magistrate Judge Paul J. Komives