UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 08-CV-10388

VINCENT NEWMAN,

    Plaintiff,

-v-

J. COATS, ET.AL,

    Defendants.
    _____/

## AMENDED
## ORDER GRANTING ENLARGEMENT OF TIME TO COMPLY

Plaintiff having filed a Motion For Enlargement Time to comply with Court's notice of failure to comply with appeal filing fee requirement; now therefore,

IT IS HEREBY ORDERED that the Plaintiff's Motion For Enlargement of Time to comply with appeal filing fee requirement is granted.  Plaintiff has until September 30, 2009 to comply with the appeal filing fee requirement.

                S/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated:  September 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 4, 2009, by electronic and/or ordinary mail.(Vincent Newman #230822 4296 West M-80 Kincheloe, IM 49784)

                S/Marilyn Orem
                Case Manager